UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

IN RE:                                                                  Case No. 12-11036-LMI

LUIS D'AGOSTINO                                                Chapter 7

    Debtor
_____/

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

The undersigned law firm hereby gives notice of its appearance as counsel of record in this proceeding for Angel Hernandez ("Hernandez").

Pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b), the undersigned does hereby request and demand that the Clerk of this Court, and all other parties-in-interest in this proceeding, provide notice of, and where applicable, service of, any and all motions, applications, orders, pleadings, disclosures statements, plans, notices, or other communications filed in or pertaining to this proceeding to the undersigned, whether such motion, application, order, pleading, plan, disclosure statement, notice, or other communication is written or oral, formal or informal, by hand delivery, mail, telephone, telex, telecopy, or made in any other manner whatsoever. The undersigned further requests that the Clerk add him to the matrix in this case.

The filing of this Notice of Appearance should not be construed as, or interpreted as, a waiver of any and all defenses, jurisdictional or otherwise, that may exist in favor of Hernandez, nor should the filing of such notice of appearance be deemed to be (i) a consent to the equity

---

MASPONS, SELLEK, JACOBS, LLP, 2333 PONCE DE LEON BOULEVARD, SUITE 314, CORAL GABLES, FL 33134
TELEPHONE: 786-539-1424    FACSIMILE: 305-441-1119    EMAIL: KJACOBS@MASPONS.COM

jurisdiction of this Court, (ii) an acknowledgment that any specific adversary proceeding or contested matter is either core or non-core; (iii) an acknowledgment or consent to the entry by this Court of a final judgment in any non-core adversary proceeding or contested matter; or (iv) a waiver of any right to jury trial which may exist in favor of Hernandez, in any proceeding that has been or will be instituted during the course of the case.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1.

    Respectfully Submitted,

    **MASPONS SELLEK JACOBS LLP**
    *Counsel for Angel Hernandez*
    2333 Ponce de Leon Boulevard
    BAC Colonnade Office Tower, Suite 314
    Coral Gables, Florida 33134
    Tel:  (786) 539-1424
    Fax:  (305) 441-1119

    By:   */s/ Kai E. Jacobs*
        **KAI E. JACOBS**
        Florida Bar No. 987336
        kjacobs@maspons.com
        kolivera@maspons.com
        service@maspons.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on all parties listed below via ECF on this 27th day of May, 2015.

/s/ *Kai E. Jacobs*
Kai E. Jacobs

**Electronic Mail Notice List**

**Kaleb R Bell, Esq.**
**Eric A Rosen, Esq.**
Fowler White Burnett, P.A.
*Counsel for Debtor*
515 North Flagler Drive
Suite 2100
West Palm Bch, FL 33401
Tel:   (561) 802-9044
Fax : (561) 209-7766
Email:  kbell@fowler-white.com
          erosen@fowler-white.com

**Marcia T Dunn**
*Trustee*
555 NE 15 St, Ste 934-A
Miami, FL 33132
786-433-3866
Fax : 786-260-0269
Email: MDunn@dunnbankruptcy.com

**Brett D. Lieberman, Esq.**
**Thomas M. Messana, Esq.**
*Trustee*
401 E Las Olas Blvd # 1400
Ft Lauderdale, FL 33301
(954) 712-7427
Email:  blieberman@messanalaw.com
          tmessana@messana-law.com